

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-291-CV

LESLIE CLINT SLAY                                                         APPELLANT

V.

NATIONSTAR MORTGAGE, L.L.C., F/K/A                                       APPELLEE
CENTEX HOME EQUITY COMPANY, L.L.C.

----------

### FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On July 8, 2008 and July 22, 2008, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not paid the $175 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

---

[1] *See* TEX. R. APP. P. 47.4.

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  August 7, 2008

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).